IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CINDY POWELL,** | : | Case No.: 2:09-CV-600 |
| **Plaintiff**, | : | |
| vs. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | Magistrate Judge Deavers |
| **TIME WARNER CABLE, INC.,** *et al.* | : | |
| **Defendants**. | : | |

### ORDER RESETTING TRIAL DATE
### AND REFERRING CASE TO MEDIATION

This matter came before the Court by way of Plaintiff's Unopposed Motion for a New Trial Date. The Court hereby GRANTS said motion and the case is reset for trial on **Monday, April 9, 2012** at **9:00 a.m.** In preparation for trial the Court has set the following schedule to which the parties are to adhere.

**Summary:**

| | |
|---|---|
| March 5, 2012 | Deadline for conducting a mediation of the case. |
| March 19, 2012 | Motions in limine, pretrial motions, and joint jury instructions and supplemental jury instructions, designation of deposition portions, witness statements, stipulations, and exhibit lists. |
| March 26, 2012 | Memoranda contra pretrial motions or motions in limine, objections to supplemental jury instructions, objections to deposition designations, and final pretrial order. |
| March 30, 2012 | Final pretrial conference **at 2:00 p.m.** before the Honorable Algenon L. Marbley, 85 Marconi Boulevard, Room 331, Columbus, Ohio 43215, submission of proposed areas of questions for voir dire and trial briefs. |

April 9, 2012             Trial at **9:00 a.m.** in Courtroom 1, 85 Marconi Boulevard, Room 331, Columbus, Ohio before the Honorable Algenon L. Marbley - voir dire, opening statements and presentation of evidence.

This order supersedes all previous orders in this case to the extent previous orders are inconsistent with this order.

The parties shall address questions about this order to the Court's Law Clerk, Robert Haferd, at 614-719-3262, by way of a telephone conference with counsel for all parties participating, or with fewer than all counsel participating with express permission of non-participating counsel.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:   September 16, 2011**